[No. 29293-5-I. Division One. May 18, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANCIS R. GALLEGOS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-00221-3, Norman W. Quinn, J., entered October 3, 1991. *Affirmed* by unpublished per curiam opinion.

[No. 26934-8-I. Division One. May 18, 1992.]

KONSTANTINOS GEORGAKOPOULOS, *Appellant*, v. RICHARD STOCKTON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 84-2-07050-1, Robert H. Alsdorf, J., entered August 22, 1990. *Affirmed* by unpublished opinion per Webster, A.C.J., concurred in by Forrest and Agid, JJ.

[No. 30147-1-I. Division One. May 18, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK J. HUTTON, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-02874-1, Carol A. Schapira, J., entered February 19, 1992. *Reversed* by unpublished per curiam opinion.